## Wagner, Appellant, *v.* International Brother-hood of Electricians, Local No. 1305.

Argued March 19, 1959. Before JONES, C. J., BELL,
MUSMANNO, JONES, COHEN, BOK and McBRIDE, JJ.

*Harry Alan Sherman,* for plaintiff, appellant.

*Richard R. Lyman,* with him *Loyal H. Gregg,* and *Gregg and Price,* and *Mulholland, Robie & Hickey,* for defendant, union, appellee.

*James R. Orr,* with him *Reed, Smith, Shaw & McClay,* for defendant, railroad, appellee.

OPINION PER CURIAM, April 20, 1959:

The decree of the court below dismissing the plaintiff's complaint without prejudice is affirmed on the opinion of Judge CERCONE, reported at 16 Pa. D. & C. 2d 489; the appellant for costs.